UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

BRANDON MARCUS RESCH,

        Petitioner,

v.

RANDEE REWERTS,

        Respondent.
_____/

Case No. 1:20-cv-515

Honorable Paul L. Maloney

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's request to appoint counsel is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner request to certify a class and sub-class is **DENIED**.

Dated:  June 19, 2020                  /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge